Virginia HUMPHREYS and Brian Humphreys

v.

WELLS FARGO BANK N.A.

Petition of: Brian Humphreys

Wells Fargo Bank N.A.

v.

Virginia L. Humphreys and Brian C. Humphreys

Petition of: Brian Humphreys

No. 277 MAL 2017
No. 278 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Tyler LANKFORD, Petitioner

No. 249 WAL 2017

Supreme Court of Pennsylvania.

October 13, 2017

## ORDER

PER CURIAM

AND NOW, this 13th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**